

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

### NO. PD-0639-18

---

**DAVID RAY GRIFFITH, Appellant**

v.

**THE STATE OF TEXAS**

---

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE TENTH COURT OF APPEALS NAVARRO COUNTY

---

### O R D E R

Appellant's brief violates Rule of Appellate Procedure 9.10(b) because the brief contains the name of a person who was a minor at the time the offense was committed.

The brief is struck.

Appellant may correct this violation in his brief. The corrected brief and copies must be filed in the Court of Criminal Appeals within seven days after the date of this order.

Filed November 15, 2018
Do not publish